JOHN W. HUBER, United States Attorney (#7226)
JEFFREY G. THOMSON, Special Assistant United States Attorney (#14023)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 DEC 19 P 5: 01

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCOTT LEWIS,<br><br>Defendant. | INDICTMENT  1:18-CR108 CW<br><br>VIOLATIONS:<br>Count 1:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition;<br>Count 2: 18 U.S.C. § 922(g)(3), Drug User in Possession of a Firearm and Ammunition. |

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about October 8, 2018, in the Northern Division of the District of Utah,

CHRISTOPHER SCOTT LEWIS,

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess in and affecting interstate commerce, a firearm, to

wit: a Hi-Point .40 caliber, semi-automatic pistol, and S&M .40 caliber ammunition; all

in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
18 U.S.C. § 922(g)(3)
Drug User in Possession of a Firearm and Ammunition

On or about October 8, 2018, in the Northern Division of the District of Utah,

CHRISTOPHER SCOTT LEWIS,

defendant herein, then being an unlawful user of a controlled substance, did knowingly

possess in and affecting interstate commerce a firearm and ammunition, to wit: a Hi-Point

.40 caliber, semi-automatic pistol, and S&M .40 caliber ammunition, in violation of 18

U.S.C. § 922(g)(3).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a

knowing violation of 18 U.S.C. 922(g)(1), as set forth in Count I of this indictment, the

//

//

//

//

//

//

//

//

2

defendant shall forfeit any firearms and ammunition involved in or used in the

commission of the offense, including, but not limited to, the following property:

- Hi-Point .40 caliber handgun and associated ammunition

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

JEFFREY G. THOMSON
Special Assistant United States Attorney

3